NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 10a0017n.06

No.  09-3224

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

**FILED**
JAN 08, 2010
LEONARD GREEN, Clerk

US TECHNOLOGY CORPORATION,

    Plaintiff-Appellant,

v.

STEPHEN L. JOHNSON, In his official capacity
as Administrator, US Environmental Protection
Agency; CHRIS KORLESKI, In his capacity as
Director, Ohio Environmental Protection
Agency,

    Defendants-Appellees.

ON APPEAL FROM THE
UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF OHIO

_____/

Before:    MARTIN, BOGGS, and WHITE, Circuit Judges.

    PER CURIAM.  In this appeal, United States Technology Corporation appeals the district court's dismissal of its request for injunctive and declaratory relief.  Having reviewed the briefs and records in this case, we concur with the district court's well-reasoned opinion and **AFFIRM** its judgment.  *US Technology Corp., v. Stephen L. Johnson*, *et al.*, No. 2:08-CV-82, 2009 WL 86745 (S.D. Ohio Jan. 13, 2009).